UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VITANTONIO GIUSTINO,

                Plaintiff,                                      **JUDGMENT**
                                                                15-CV-2471 (RRM)

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------x

      A Memorandum and Order of the undersigned having been issued this day granting the Commissioner's motion for judgment on the pleadings, dismissing all claims brought by plaintiff against the Commissioner, and dismissing this action, it is hereby

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against the Commissioner are dismissed, and that this action is dismissed.


Dated: Brooklyn, New York                    *Roslynn R. Mauskopf*
       August 25, 2016                       _____
                                                   ROSLYNN R. MAUSKOPF
                                                   United States District Judge